FILED
2017 Jun-07 PM 04:07
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ALABAMA

WESTERN DIVISION

| | | |
|---|---|---|
| CYNTHIA PRUITT, | & | |
| Plaintiff, | & | |
| | & | |
| vs. | & | CASE NO.: _____ |
| | & | |
| | & | 7:17-cv-00953-LSC |
| CVS of Aliceville, AL and , | & | |
| FICTITIOUS PARTIES (A-Z) | & | |
| Whose identity is unknown and | & | |
| if and when such identity is | & | |
| revealed, shall be made known to | & | |
| the Court, | & | |
| Defendants, | & | |
| | & | |

## COMPLAINT

I. **JURISDICTION**

1. The jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 1331(4), 2201 and 2202, the Act of Congress known as the Civil Rights Act of 1964, as amended by the Civil Rights Act of 1991, 42 U.S.C. §2000e et seq., and 42 U.S.C. 1981. The jurisdiction of this Court is invoked to secure protection of

and redress deprivation of rights secured by 42 U.S.C. §2000e et seq., and 42 U.S.C. 1981, and providing for injunctive and other relief against race discrimination and harassment in employment and the employment workplace.

The jurisdiction of this Court is invoked to secure protection of and redress deprivation of rights secured by 28 U.S.C. §§ 1331(4), 2201 and 2202.

The Plaintiff filed his race discrimination and harassment lawsuit within one hundred eighty (180) days of the discriminatory and retaliatory treatment ninety (90) days from **receipt** of his right-to-sue letter from the EEOC.

## II. PARTIES

2. Plaintiff, Cynthia Pruitt is an African American female citizen of the United States and resident of the State of Alabama, whose resident location at the time of the discrimination and filing of the EEOC charge was 2652 Franconia Road, Carrollton, AL 35447. The Plaintiff was employed by the Defendant at its, Aliceville, Pickens County, Alabama location as a pharmacy-tech and was as such during the length of the discrimination, retaliation, wrongful termination, hostile work and environment. Defendant, CVS of Aliceville, Alabama is an incorporated entity doing business in the State of Alabama, more specifically, Pickens County, Alabama and is an entity subject to suit under 42 U.S.C. §2000e et seq., 42 U.S.C. 1981, 28 U.S.C. §§ 1331(4), 2201 and 2202.

3. The Defendant employs at least fifteen (15) persons. The Defendant is an incorporated entity, which performs various duties of prescription drug and over the counter drug sales throughout the State of Alabama and more specifically, Pickens County, Alabama.

### III. CAUSE OF ACTION

4. Plaintiff was employed by Defendant, CVS of Aliceville, Alabama during May 04, 2016 – May 09, 2016 as a pharmacy-tech in the pharmacy Department. After being discriminated against by certain acts, including but not limited to, being terminated, being discriminated against while acting upon the advice and directions of her superiors. Plaintiff continued to receive discriminatory treatment because of her race and gender by other employees such as being terminated for taking such advice and directions of superiors. Management did nothing to prevent the termination of Plaintiff.

5. The hostile work environment because of Plaintiff's race and gender had been created by and with full knowledge of Defendant, CVS of Aliceville, Alabama, through its management and employees, and caused Plaintiff to be constructively discharged as Plaintiff felt that it was impossible to work in the environment or is caused to work with such a burden not experienced by any of Plaintiff Caucasian co-workers, so similarly situated. Additionally, the Plaintiff now and continues to suffer a complete disruption of her household with the requirements placed on his by and with full knowledge of Defendant, CVS of Aliceville, Alabama, through its management and employees.

The Plaintiff seeks to redress the wrongs alleged herein and this suit for back-pay plus interest, front pay plus interest, an injunctive and declaratory judgment is his only means of adequate relief and Plaintiff's only and exclusive remedy through law. The Plaintiff is now suffering and will continue to suffer irreparable injury from Defendants' unlawful policies and practices as set forth herein unless enjoined by this Court.

### IV. PRAYER FOR RELIEF

[3]

WHEREFORE , the Plaintiff respectfully prays this Court assume jurisdiction of this action and after trial:

1. Issue a declaratory judgment that the employment policies, practices, procedures, conditions and customs of the Defendants are violative of the rights of the Plaintiff as secured by 42 U.S.C. §2000e et seq., and 42 U.S.C. 1981.
2. Grant Plaintiff a permanent injunction enjoining Defendant, CVS of Aliceville, Alabama, its agents, successors, employees, attorneys and those acting in concert with the Defendant, CVS of Aliceville, Alabama, and that the Defendant, CVS of Aliceville, Alabama refrain from continuing to violate 42 U.S.C. §2000e et seq., and 42 U.S.C. 1981.
3. Enter an order requiring Defendant, CVS of Aliceville, Alabama, to make the Plaintiff whole by awarding him the position (s) he would have occupied in the absence of the race discrimination, constructive discharge, wrongful termination, and harassment, back-pay (plus interest), front-pay, punitive and compensatory damages, and/or nominal damages, declaratory and injunctive relief, and benefits.
4. The Plaintiff further prays for such other relief and benefits as the cause of justice may require, including but not limited to, an award of costs, attorney fees and expenses.

## JURY DEMAND

Plaintiff demands trial by struck jury.

Dated this the 7th day of **June, 2017.**

/S/ *Al Jones* (ASB2403R80J)

Al Jones

Attorney at Law

**OF COUNSEL:**

The Law Offices of Attorney Al Jones

& Associates, P.C.

2626 7th Street

Tuscaloosa, AL 35401

Phone: (205) 345-0806

Email: Albiejonz@gmail.com