IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| CYNTHIA PRUITT, | ) |
| Plaintiff, | ) |
| v. | ) 7:17-cv-00953-LSC |
| CVS of ALICEVILLE, AL, *et al.* | ) |
| Defendants. | ) |

## Order

Before this Court are Defendants' Motion to Dismiss or Alternatively to Stay and Compel Arbitration (doc. 9), and Plaintiff's Motion to Change Venue (doc. 14). Plaintiff's Motion to Change Venue is DENIED AS MOOT. (Doc 14.) Defendants' Motion is GRANTED IN PART and DENIED IN PART to the extent that this action is DISMISSED without prejudice. (Doc. 9.)  However, either party may move this Court to reopen the case in order to enforce any award resulting from the arbitral proceedings. Costs are taxed as paid.

**DONE** and **ORDERED** on September 19, 2017.

_____
L. Scott Coogler
United States District Judge

190685